WOLF J. OVERHAMM, Trading under the Name of PARFUMS HARTNELL DISTRIBUTORS, Appellant and Respondent, *v.* EVELYN WESTALL, Individually and Doing Business under the Name of EVELYN WESTALL COMPANY, et al., Respondents and Appellants.

Submitted May 26, 1947; decided May 27, 1947.

*Otto C. Sommerich* and *Donald I. Peyser* for motion.
*Bernard Hershkopf* and *Myron J. Greene* opposed.

Motion denied, with leave to renew upon the argument of the appeal.